JUDGE DARRAH

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**MAGISTRATE JUDGE NOLAN**

**08CR 0058**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. |
| | ) | |
| v. | ) | |
| | ) | Violations: Title 18, United States Code, |
| DANIEL VELASQUEZ | ) | Sections 922(g)(1) and 924(e)(1) |

**FILED**

J N  JAN 2 4 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### COUNT ONE

The SPECIAL JUNE 2007 GRAND JURY charges:

On or about October 21, 2003, at Hickory Hills, in the Northern District of Illinois, Eastern Division,

DANIEL VELASQUEZ,

defendant herein, having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, knowingly possessed a firearm, namely, one Raven Arms, Model MP-25, .25 caliber pistol, serial number 1191794, in and affecting interstate commerce in that the firearm had traveled in interstate commerce prior to defendant's possession of said firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWO

The SPECIAL JUNE 2007 GRAND JURY further charges:

On or about November 24, 2003, at Chicago, in the Northern District of Illinois, Eastern Division,

DANIEL VELASQUEZ,

defendant herein, having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, knowingly possessed a firearm, namely, a Phoenix Arms, Model Raven, .25 caliber pistol, serial number 3196710, and 35 rounds of .25 caliber ammunition, in and affecting interstate commerce in that the firearm and ammunition had traveled in interstate commerce prior to defendant's possession of the firearm and ammunition;

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY