Minute Order Form (rev. 4/99)

**MAGISTRATE JUDGE NOLAN**
**JUDGE DARRAH**
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

**08CR 0058**

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other Than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 06 GJ 0132 | DATE | JANUARY 24, 2008 |
| CASE TITLE | US v. DANIEL VELASQUEZ | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd-party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING

**SPECIAL JUNE 2007**

The Grand Jury for the _____ Session, a quorum being present, returns the above entitled indictment in open Court this date before

Judge or Magistrate Judge **Ashman**

**Docket Entry:**

NO BOND SET. THE GOVERNMENT WILL SEEK TO WRIT THE DEFENDANT INTO FEDERAL CUSTODY AT TIME OF ARRAIGNMENT. DEFENDANT IS CURRENTLY IN THE CUSTODY OF COOK COUNTY JAIL.

**RECEIVED**
JAN 2 4 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE _____ (ONLY IF FILED
OR MAGISTRATE JUDGE                    UNDER SEAL)

- No notices required, advised in open court.
- No notices required.
- Notices mailed by judge's staff.
- Notified counsel by telephone.
- Docketing to mail notices.
- Mail AO 450 form.
- Copy to judge/magistrate judge.

Courtroom Deputy Initials

Date/time received in Central Clerk's office

Number of notices
Date docketed
Docketing dpty. initials
Date mailed notice
Mailing dpty. initials

DOCKET#