UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA )
)
v. ) No. 08 CR 58
) Judge Nan R. Nolan
DANIEL VELASQUEZ )

## PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Now comes the UNITED STATES OF AMERICA by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, and respectfully represents unto Your Honor that:

> Name:
> Date of Birth:
> Sex:
> Race:
> Prisoner No.:

has been and now is, in due form and process of law, detained in the following institution:

> Cook County Sheriff's Department of Corrections
> 2700 S. California Ave.
> Chicago, IL 60608

Your petitioner further represents to Your Honor that the said prisoner has been charged in the Eastern Division of the Northern District of Illinois with violations of Title 18, United States Code, Section 922(g)(1), and is now wanted in such division and district on February 20, 2008, at 1:30 for an arraignment before Judge Nolan, Courtroom 1858.

WHEREFORE, your petitioner prays for an Order directing the issuance of a Writ of Habeas Corpus Ad Prosequendum directed to the following persons:

UNITED STATES MARSHAL                COOK COUNTY SHERIFF'S DEPARTMENT
Northern District of Illinois                OF CORRECTIONS
Chicago, Illinois                            Chicago, Illinois

commanding them to produce the body of the said prisoner before this Court at said time and on said date, and that when the said prisoner shall be so produced pursuant to said Writ, and that when these proceedings have been concluded, that Daniel Velasquez remain in federal custody until the termination of the proceedings in Case No. 08 CR 58.

Dated: January 31, 2008

                                      Respectfully submitted,

                                      PATRICK J. FITZGERALD
                                      United States Attorney

By: _____
       J. GREGORY DEIS
       Assistant United States Attorney
       219 S. Dearborn, 5th Floor
       Chicago, Illinois 60604
       (312) 886-7625