Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | Nan R. Nolan |
|---|---|---|---|
| CASE NUMBER | 08 CR 58 - 1 | DATE | 1/31/2008 |
| CASE TITLE | USA vs. Daniel Velasquez | | |

**DOCKET ENTRY TEXT**

Government's Petition for Writ of Habeas Corpus Ad Prosequendum is granted. Order Writ of Habeas Corpus Ad Prosequendum to issue as to Daniel Velasquez returnable on 02/20/08 at 1:30 p.m. before Judge Nan R. Nolan in courtroom 1858.

Docketing to mail notices.

4 writs + 1 copy
YAP 1-31-2007

| | Courtroom Deputy Initials: | LXS |
|---|---|---|

08CR58 - 1 USA vs. Daniel Velasquez                                                                 Page 1 of 1