UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 08 CR 58 |
| | ) | Judge Nan R. Nolan |
| DANIEL VELASQUEZ | ) | |

**ORDER**

On petition of the UNITED STATES OF AMERICA and it appearing to the Court that:

    Name:                  DANIEL VELASQUEZ
    Date of Birth:
    Sex:
    Race:
    Prisoner No.:

has been and now is, in due process of law, incarcerated in the following institution:

COOK COUNTY SHERIFF'S DEPARTMENT OF CORRECTIONS,

and that said defendant is charged in the above-captioned case with violations of Title 18, United States Code, Section 922(g)(1), and that said defendant should appear in this case in the United States District Court at Chicago, Illinois at 1:30 p.m. on February 20, 2008, for an arraignment before the Honorable Nan R. Nolan, Magistrate Judge, Courtroom 1858.

IT IS THEREFORE ORDERED that the following persons:

| | |
|---|---|
| UNITED STATES MARSHAL | COOK COUNTY SHERIFF'S DEPARTMENT |
| Northern District of Illinois | OF CORRECTIONS |
| Chicago, Illinois | Chicago, Illinois |

bring or cause to be brought before this Court, at said time on said date, in the United States Court House in Chicago, Illinois, the body of the said defendant; and that a Writ of Habeas Corpus Ad

Prosequendum, directed to said persons, so commanding them, be issued by the Clerk of this Court.

ENTER:

*Nan R. Nolan*

JUDGE

DATED at Chicago, Illinois
this _____ ~~day of February, 2008~~

JAN 3 1 2008