Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | Nan R. Nolan |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 58 - 1 | **DATE** | 2/20/2008 |
| **CASE TITLE** | USA vs. Daniel Velasquez (1) | | |

**DOCKET ENTRY TEXT**

**Initial appearance proceedings held.** Defendant appears in response to arrest on 02/20/08. Defendant informed of his rights. Enter order appointing Sergio Rodriguez of the Federal Defender Program/Panel as counsel for defendant. Government seeks detention. Defendant waives the detention hearing without prejudice to defendant's right to move at a later time for release on conditions. Defendant will remain in custody pending trial or until further order of the Court. **Arraignment proceedings held.** Defendant waives formal reading of the Indictment and enters plea of not guilty to all counts. Rule 16 conference to be held by 02/27/08. Pretrial motions to be filed by 03/05/08. Response are due by 03/12/08. Reply brief to be filed by 03/19/08. Ruling before Judge Darrah is set for 03/26/08 at 9:45 a.m. Defendant is remanded into federal custody. Time to be excluded from 02/20/08 to and including 03/26/08 pursuant to 18 U.S.C. 3161(h)(1).        (X-T)

Docketing to mail notices.

00:05