# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

**IN UNITED STATES:** ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

**IN THE CASE OF:** USA v.s. Daniel Velasquez

**FOR** **AT** — FILED FEB 2 0 2008  MICHAEL W. DOBBINS, CLERK, U.S. DISTRICT COURT

**PERSON REPRESENTED** (Show your full name)

1. ☒ Defendant—Adult
2. ☐ Defendant — Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

**LOCATION NUMBER:** 

**DOCKET NUMBERS**
- Magistrate: 
- District Court: 08CR58-1
- Court of Appeals:

**CHARGE/OFFENSE** (describe if applicable & check box →) ☐ Felony  ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
- Are you now employed? ☐ Yes  ☒ No  ☐ Am Self-Employed
- Name and address of employer: _____
- IF YES, how much do you earn per month? $ _____
- IF NO, give month and year of last employment. How much did you earn per month? $ 12/06 @ MOU
- If married is your Spouse employed? ☐ Yes ☐ No
- IF YES, how much does your Spouse earn per month? $ _____
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
- RECEIVED: $ _____   SOURCES: _____

**CASH**
- Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☒ No  IF YES, state total amount $ _____

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
- VALUE: _____  DESCRIPTION: _____

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
- MARITAL STATUS: ☒ SINGLE  ☐ MARRIED  ☐ WIDOWED  ☐ SEPARATED OR DIVORCED
- Total No. of Dependents: 1
- List persons you actually support and your relationship to them: Self

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
- APARTMENT OR HOME: Presently Incarcerated in Cook County Jail since 12/07
- Creditors / Total Debt / Monthly Paymt: _____

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 2/20/08

**SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED):** Daniel Velasquez