# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 58 - 1 | **DATE** | 3/26/2008 |
| **CASE TITLE** | USA vs. Daniel Velasquez | | |

**DOCKET ENTRY TEXT**

Status hearing held. No pretrial motions have been filed. Jury trial set for 4/28/08 at 9:00 a.m. In the interests of justice, time is excluded to 4/28/08 pursuant to 18:3161(h)(8)(A)(B). (x-t).

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|