# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 58 - 1 | **DATE** | 4/17/2008 |
| **CASE TITLE** | USA vs. Daniel Velasquez | | |

**DOCKET ENTRY TEXT**

Change of plea hearing set for 4/23/08 at 1:00 p.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MF |
|---|---|---|