# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 58 - 1 | **DATE** | 4/23/2008 |
| **CASE TITLE** | USA vs. Daniel Velasquez | | |

**DOCKET ENTRY TEXT**

Change of plea hearing set for 4/23/08 is re-set to 4/24/08 at 9:45 a.m.

Notified counsel by telephone.

| | Courtroom Deputy Initials: | MF |
|---|---|---|