Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 58 - 1 | **DATE** | 4/30/2008 |
| **CASE TITLE** | USA vs. Daniel Velasquez | | |

**DOCKET ENTRY TEXT**

Change of plea hearing held. Defendant Daniel Velasquez withdraws his plea of not guilty and enters a plea of guilty to counts 1 and 2 of the indictment. Judgment of guilty entered. Enter Plea Declaration. Cause is referred to the probation office for a presentence investigation report. Sentencing set for 9/3/08 at 9:45 a.m.

Docketing to mail notices.

00:30

| | Courtroom Deputy Initials: | MF |
|---|---|---|