# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 58 - 1 | **DATE** | 8/27/2008 |
| **CASE TITLE** | USA vs. Daniel Velasquez | | |

**DOCKET ENTRY TEXT**

Sentencing set for 9/3/08 is re-set to 11/5/08 at 1:00 p.m. for defendant Velasquez.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MF |
|---|---|---|