COPY TO COURT

FILED
8-27-2008
AUG 27 2008
MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08CR58

AUGUST 24, 2008
RE: 08CR0058

Dear Mr. Rodriguez,

Pursuant to the plea on page 7, para. 12, I am addressing errors of matter and points of subject.

1.) In interstate commerce, prior to ownership, travelling interstate commerce, even if I weren't a convicted felon, gives a non-felon the right to possess that gun because all guns must transport through interstate commerce. Especially with no gun manufacturers in Illinois, how can I be charged with that as a crime?

2.) The 2nd amendment of the Constitution states and guarantees the "right to keep and bear arms". Please cite the law that says felons cannot own guns. I want title, section, and a copy.

3.) Please give me a citation and copy for 18 USC 922(g)(1) and 924(e)(1).

4.) It is my understanding that the government only has a "look back" period of 15 years on federal convictions and 10 years on state convictions. Is this true?

Without citations in the law, I am proclaiming the indictment is unenforceable. Even if the citations exist, this is <u>only</u> prima facie evidence of law if the law is not derived from constitutional platform. This in turn brings fault and constitutional error <u>at inception</u> making all legal maneuvers after — the hearings, plea, conviction, etc. invalid by the constitution as per the 5th, 6th, and 14th amendments.

"The allegations in the indictment or information determines the jurisdiction of the court."

SEE EX PARTE MOTION DOCKET 7, AND PAC FILED 8/25/2008 OR 8/26. IN ESSENCE, I CANNOT BE CONVICTED OF A CRIME ON A LAW THAT DOES NOT EXIST NOR CAN A PLEA AGREEMENT BE VALID FROM SUCH WITH MISQUOTES FROM SENTENCING PROCEDURE. BECAUSE TIME IS LACK- ING I AM ASKING FOR YOUR IMMEDIATE COOPERATION AND RESPONSE BY NO LATER THAN AUGUST 29th IF I DO NOT HEAR FROM YOU BY THAT TIME I WILL PROCEED ACCORDINGLY UNDER MY OWN AUSPICES.

SINCERELY,

*Daniel Velasquez*
DANIEL VELASQUEZ

CC: COURT

## CERTIFICATE OF SERVICE

THE DEFENDANT HEREBY CERTIFIES THAT A COPY OF THIS INSTRUMENT WAS MAILED TO THE FOLLOWING PARTY(S) ON AUGUST 24, 2008 BY U.S. FIRST CLASS MAIL.

*Daniel Velasquez*
DANIEL VELASQUEZ

SERGIO RODRIGUEZ
55 E. MONROE, STE. 400
CHICAGO, ILLINOIS 60603

## SUPPORTING AFFIDAVIT OF SERVICE

THE UNDERSIGNED WITNESSED DANIEL VELASQUEZ ENCLOSE A COPY OF LETTER DATED 8/24/08, ENCLOSE IT IN AN ENVELOPE AND SEAL IT WITH FIRST CLASS POSTAGE AND HAND IT TO THE POSTAL OFFICIAL ON THE DATE ABOVE

WITNESS: *[signature]*